# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DION BROWN'EL**                                                                                          **PETITIONER**

**V.**                                           **NO. 4:24-CV-00114-JM-ERE**

**DANIEL BROCK,** *et al.*                                                                            **RESPONDENTS**

## ORDER

The Court has received the Recommended Disposition ("RD") submitted by United States Magistrate Judge Edie R, Ervin (*Doc. 9*) and petitioner Darrell Dennis' timely filed objections to the Recommendation (*Doc. 10*). After conducting a *de novo* review of the record, the Court approves and adopts the RD in all respects.

The petition for writ of habeas corpus (*Doc. 1*) is dismissed without prejudice.

The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 1st day of April, 2024.

_____
James M. Moody, Jr.
United States District Judge