IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DION BROWN'EL**                                                                                      **PETITIONER**

V.                                   **NO. 4:24-CV-00114-JM-ERE**

**DANIEL BROCK,** *et al.*                                                                **RESPONDENTS**

## JUDGMENT

Consistent with today's order, the petition for writ of habeas corpus is dismissed without prejudice. All habeas relief is denied, and this case is closed.

IT IS SO ORDERED this 1sr day of April, 2024.

_____
James M. Moody, Jr.
United States District Judge